THE KERITE COMPANY *v.* ALPHA EMPLOYMENT AGENCY, INC., ET AL.

The petition by the named defendant for certification for appeal from the Appellate Division of the Circuit Court is granted.

*Geoffrey A. Hecht,* in support of the petition.
*Norman Fineberg,* in opposition.

Submitted October 24—decided October 31, 1973

ANTHONY CAPARRELLI *v.* THE ZONING BOARD OF APPEALS OF THE TOWN OF PLAINVILLE ET AL.

The petition by the defendant Maydelle McDonald for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Arnold M. Sweig,* in support of the petition.
*David E. Koskoff,* in opposition.

Submitted October 25—decided October 31, 1973

DONALD LACKEY ET AL. *v.* THE PLANNING AND ZONING COMMISSION OF THE TOWN OF PLAINVILLE ET AL.

The petition by the plaintiffs August Lazzerini et al. for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Arnold M. Sweig,* in support of the petition.
*David E. Koskoff,* in opposition.

Submitted October 25—decided October 31, 1973